Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
  11332 Mountain View Ave., Suite C
  Loma Linda, California 92354
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLES A. GILBERT,           ) | No.  EDCV 07-1030 JC |
|              ) | |
|   Plaintiff,           ) | ~~[PROPOSED]~~ ORDER AWARDING |
|   v.           ) | EAJA FEES |
|              ) | |
| MICHAEL J. ASTRUE,           ) | |
| COMMISSIONER OF SOCIAL           ) | |
| SECURITY,           ) | |
|              ) | |
|   Defendant.           ) | |

  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

  IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND DOLLARS and 00/cents ($2,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

  DATED:  August 12, 2008

                    /s/
                 HON. JACQUELINE CHOOLJIAN
                 UNITED STATES MAGISTRATE JUDGE